John F. Ghee, Respondent, v. Joseph Wagner, Appellant.— Motion for reargument denied, with ten dollars costs.. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Westerly Line of White Street, the Southerly Line of McKibbin Street and the Northerly Line of Siegel Street, in the Borough of Brooklyn, Duly Selected as a Public Playground According to Law.— Matter referred to Sanders Shanks, Esq., for report with his opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application and Petition of Michael T. Daly, etc. (Lake Gleneida.) — Order signed. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of John Clifton Elder for Admission to the Bar.— Application granted and order signed. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Judicial Settlement of the Account of Margarethe C. Marx, as Executrix of Frederick Marx, Deceased. Margarethe C. Marx, Individually and as Executrix of Frederick Marx, Deceased, Appellant. and Ernestina Mann and Others, Respondents, v. Sophie L. C. Nusted and Others, Impleaded. — Motion for reargument denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Christina Johnson, Appellant, v. John J. Manning, as President, etc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Helen Pirnie, Respondent, v. Quigley Farm, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Lavinia Lally and Others, Respondents, Appellants, v. The New York Central and Hudson River Railroad Company, Appellant, Respondent.— Motion granted, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Andrew A. White v. James A. Betts, as Justice of the Supreme Court.— Motion denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Anthony Smith, an Infant, by James Somerville, His Guardian ad Litem, Respondent, v. The F. Wesel Manufacturing Company, Appellant.— Motions denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Deborah Sturmdorf, as Assignee of William Sturmdorf, Respondent, v. Ebenezer M. Saunders, as Executor, etc., Appellant. Thomas C. Snedeker and William R. Snedeker, Respondents.— Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

William Adams, Respondent, v. The Smith Premier Typewriter Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.